## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **REBECCA A. FREDERIKSEN,**<br><br>  **PLAINTIFF,**<br><br>  v.<br><br>**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**<br> a foreign corporation,<br><br>  **DEFENDANT.** | Case No. 8:21-cv-00431-JFB-MDN<br><br>Removed from District Court of Douglas County, Nebraska<br>Case No. D01CI210009509 |

## O R D E R

Considering the Parties' Joint Stipulation of Dismissal with Prejudice:

IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice, each party to bear its own expenses, attorney fees, and costs.

This 27th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge